IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** White Sr, Gilbert

Printed: 8/26/08

Case Number: 05 B 64087
Judge: Squires, John H
Filed: 12/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 16, 2008
Confirmed: March 15, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 30,964.38 |  |
| Secured: |  | 28,461.82 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 867.65 |
| Trustee Fee: |  | 1,634.91 |
| Other Funds: |  | 0.00 |
| Totals: | 30,964.38 | 30,964.38 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,548.20 | 867.65 |
| 2. | Honor Finance | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 42,710.60 | 28,362.13 |
| 4. | City Of Chicago | Secured | 323.57 | 0.00 |
| 5. | Brown Enterprises | Secured | 3,000.00 | 99.69 |
| 6. | EMC Mortgage Corporation | Secured | 15,082.01 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 1,544.98 | 0.00 |
| 8. | City Of Chicago | Unsecured | 181.95 | 0.00 |
| 9. | Dish Network | Unsecured |  | No Claim Filed |
| 10. | Credit Collection | Unsecured |  | No Claim Filed |
| 11. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 64,391.31 | $ 29,329.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 422.65 |
| 5% | 87.65 |
| 4.8% | 409.20 |
| 5.4% | 636.76 |
| 6.5% | 78.65 |
|  | $ 1,634.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  White Sr, Gilbert

Printed:  8/26/08

Case Number:  05 B 64087
Judge:  Squires, John H
Filed:  12/20/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

